UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPUS, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>PAMELA CAMPBELL and ROBERT CAMPBELL<br><br>　　Defendants. | Civil Action No. 05-11843-NMG |

**JOINT MOTION FOR SCHEDULING ORDER AND
POSTPONEMENT OF SCHEDULING CONFERENCE**

　　The parties hereby jointly move for a postponement of a scheduling conference currently set for 3:45 p.m. on November 17, 2005 and for a scheduling order setting forth the defendants' deadline to respond to the Complaint. In support of this motion, the parties state that they are currently exploring settlement and wish to avoid burdening the Court's docket with a hearing that will be unnecessary in the event that the parties are successful in settling the case.

　　WHERFORE, the parties jointly request that the Court reschedule the scheduling conference for sixty days until January 17, 2006, or another date that is convenient for the Court, and the Court issue a scheduling order allowing the defendants up to January 17, 2006 to respond to the Complaint.

1

2

Respectfully submitted,

PAMELA CAMPBELL AND
ROBERT CAMPBELL,

By their attorneys,


__/s/ Richard Rosensweig_____
Richard J. Rosensweig (BBO #639547)
Ethan A. McKittrick (BBO #655392)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776


OPUS, INC.

By its Attorneys,

__/s/ Thomas Gallitano_____
Thomas J. Gallitano (BBO #550745)
Michael R. Bernardo (BBO #648310)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  November 14, 2005

## LOCAL RULE 7.1 CERTIFICATE

    I, Richard J. Rosensweig, counsel for the defendants, Pamela Campbell and Robert Campbell, certify that all counsel conferred in a good faith effort to resolve the issues and assent to this motion.

                                                        /s/ Richard Rosensweig  
                                                     Richard J. Rosensweig

Dated: November 14, 2005

## CERTIFICATE OF SERVICE

    I, Richard J. Rosensweig, hereby certify that I served the foregoing document on all counsel by electronic mail on this 14th day of November 2005.

                                                         /s/ Richard Rosensweig  
                                                     Richard J. Rosensweig

**GSDOCS\1555312.1**