UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11843-NMG

| | |
|---|---|
| OPUS, INC., <br>     Plaintiff, <br> v. <br><br> PAMELA CAMPBELL and <br> ROBERT CAMPBELL, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii) that the above-captioned matter be dismissed with prejudice, without costs or attorneys fees, and with all rights of appeal being waived.

PAMELA CAMPBELL and
ROBERT CAMPBELL
By their attorneys,

/s/ Richard J. Rosensweig
Richard J. Rosensweig, Esq.
BBO # 639547
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110
Tel: (617) 574-3588

OPUS, INC.

By its attorneys,

/s/ Michael R. Bernardo
Thomas J. Gallitano, Esq.
BBO # 550745
Michael R. Bernardo, Esq.
BBO # 648310
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, Massachusetts 02109
Tel: (617) 482-82000

Date: January 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail/by hand on 1/30/06.

/s/ Michael Bernardo